IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHANE T. LANCOUR,

    Plaintiff,

v.

CITY OF LACROSSE PD, et al.

    Defendants.

ORDER

Case No. 15-cv-105-wmc

    Plaintiff Shane T. Lancour, an inmate in the custody of the LaCrosse County Jail, has submitted a proposed civil action under 42 U.S.C. § 1983. Plaintiff has not paid the filing fee, however, he has provided the court with a copy of his inmate account statement (Dkt. #2), which I construe as a request for leave to proceed without prepaying the filing fee. After considering plaintiff's inmate account statement, the court concludes that he qualifies for indigent status and lacks the funds to make an initial payment of the filing fee in this case.

    Plaintiff is advised that he will remain obligated to pay the full amount of the $350 filing fee for indigent litigants, even if this court ultimately determines that his complaint cannot go forward. *See* 28 U.S.C. § 1915A. The Clerk of Court will ensure that the court's financial records reflect that plaintiff owes the $350 fee for filing this case.

ORDER

    IT IS ORDERED that:

    1.    Plaintiff Shane T. Lancour's request for leave to proceed without prepayment of filing fee (Dkt. # 2) is GRANTED.

1

2

2. No further action will be taken in this case until the court has screened the complaint as required by the PLRA, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 4th day of March, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge