## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

SHANE T. LANCOUR,

      Plaintiff,                                        JUDGMENT IN A CIVIL CASE

    v.                                                      Case No.  15-cv-105-wmc

CITY OF LA CROSSE, et al.,

      Defendants.

---

This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Shane T. Lancour's complaint, without prejudice, for want of prosecution.

/s/                                                        March 17, 2015

---

Peter Oppeneer, Clerk of Court                              Date